**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIE CECILE OYDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CV 4646 |
| ) | |
| TOWN OF CICERO, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

The Plaintiff, Marie Cecile Oyda, and the Defendant, the Town of Cicero, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and each party to bear their own costs and attorneys' fees and pursuant to Federal Rule of Civil Procedure 41, with leave to reinstate by August 24, 2012.

Dated this 26th day of June, 2012.

*s/ Timothy A. Bridge*  
Timothy A. Bridge  
*Attorney for the Plaintiff*

Timothy A. Bridge  
3N206 Loblolly Lane  
St. Charles, Illinois 60175  
Tel: (630) 762-1135  
Fax: (630) 762-1282  
Email: tabridge@sbcglobal.net

*s/K. Austin Zimmer*  
K. Austin Zimmer  
*Attorney for the Defendants*

K. Austin Zimmer  
DEL GALDO LAW GROUP, LLC  
1441 South Harlem Avenue  
Berwyn, Illinois 60402  
Tel: (708) 222-7000  
Fax: (708) 222-7001  
Email: zimmer@dlglawgroup.com